expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.

897 A.2d 1049

IN THE MATTER OF ANDREW C. ABRAMS, AN ATTORNEY AT LAW (ATTORNEY NO. 028391988).

May 24, 2006.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 06–027, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **ANDREW C. ABRAMS** of **BALA CYNWOOD, PENNSYLVANIA,** who was admitted to the bar of this State in 1988, and who thereafter was temporarily suspended from the practice of law by Order of this Court filed October 31, 2005, and who remains suspended at this time, should be suspended from the practice of law for a period of three years retroactive to the date of his temporary suspension, based on respondent's conviction in federal court of two counts of wire fraud (18 *U.S.C.A.* § 1343) conduct in violation of *RPC* 8.4(b) (criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness), and good cause appearing;

It is ORDERED that **ANDREW C. ABRAMS** is suspended from the practice of law for a period of three years and until the further Order of the Court, retroactive to October 31, 2005; and it is further

ORDERED that **ANDREW C. ABRAMS** continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.